UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DONALD NADEAU

       v.                        CA No. 06-56-T

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration

## ORDER GRANTING MOTION TO REMAND

     Defendant's motion to remand is hereby granted and the matter is remanded to the Commissioner for further administrative proceedings.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge

Date: 12/13/06